ESTHERHEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-MJ-00122 BAM |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| ARMANDO LUCIANO CHAVEZ, JR., | |
| *Defendant,* | |

Defendant Armando Luciano Chavez, Jr., through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel, our office has a conflict.

On November 2, 2020, a Complaint was filed charging Mr. Chavez with Possession with Intent to Distribute over 40 grams of a mixture containing a detectable amount of Fentanyl, 21 U.S.C. § 841 (a)(1), (c)(1)(B). Mr. Chavez is scheduled to self-surrender November 9, 2020, and has contacted our office seeking counsel.

Therefore, after reviewing his Financial Affidavit it is respectfully recommended that CJA panel counsel be promptly appointed.

DATED: November 9, 2020              */s/ Eric V. Kersten*
                                     ERIC V. KERSTEN
                                     Assistant Federal Defender
                                     Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **November 9, 2020**          /s/ *Barbara A. McAuliffe*
                            UNITED STATES MAGISTRATE JUDGE